**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

VERNE SKEETE, JR,

       Plaintiff,

v.                                 Case No.  5:20-cv-217-MW/MJF

STURGEON AQUAFARMS II LLC,

       Defendant.

_____/

**JUDGMENT**

     The parties are ordered to comply with their settlement agreement. The court reserves jurisdiction to enforce the order to comply with the settlement agreement. All claims in this case are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41.

                              JESSICA J. LYUBLANOVITS,
                              CLERK OF COURT

June 17, 2021_____      s/ Jeremy Wright_____
DATE                       Deputy Clerk